# EXHIBIT B

IN THE CIRCUIT COURT FOR THE 30TH JUDICIAL DISTRICT OF
SHELBY COUNTY, TENNESSEE, AT MEMPHIS

| | |
|---|---|
| **IVAN RODRIQUEZ** )<br>)<br>**Plaintiff,** )<br>v. )<br>**THE CHARLES SCHWAB** )<br>**CORPORATION,** )<br>)<br>**Defendant.** ) | No. CT-001302-12 |

## NOTICE OF FILING OF NOTICE OF REMOVAL

To:  Circuit Court Clerk's Office         Samuel Rodriquez III
     30th Judicial District at Memphis    8 South Third Street, 5th Floor
     140 Adams Avenue, Room 324           Memphis, Tennessee 38103
     Memphis, Tennessee 38103
                                          ATTORNEY FOR PLAINTIFF

PLEASE TAKE NOTICE that on April 10, 2012, Defendant, The Charles Schwab Corporation, caused to be filed in the United States District Court for the Western District of Tennessee, Western Division, a Notice of Removal of Action Under 28 U.S.C. § 1441 (Diversity) to that Court. A true and accurate copy of the Notice of Removal is attached hereto as Exhibit A.

Respectfully Submitted:

*/s/ Paul B. Billings, Jr.*

Paul B. Billings, Jr. (TN Bar No. 010906)
Paul Billings Law
5305 Distriplex Farms Drive
Memphis, Tennessee 38141-8231
Voice (901) 881-9515
Fax (866) 772-4244
paul@paulbillingslaw.com
Attorney for THE CHARLES SCHWAB
CORPORATION

## CERTIFICATE OF SERVICE

I, Paul B. Billings, Jr., hereby certify that I served a copy of the foregoing upon Samuel Rodriquez III, Attorney for Plaintiff, 8 South Third Street, Fifth Floor, Memphis, TN 38103, by first class mail, postage pre-paid, this the 10th day of April, 2011.

*[signature]*
Paul B. Billings, Jr.