IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| IVAN RODRIGUEZ, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | No. 12-2277-JTF-tmp |
| THE CHARLES SCHWAB CORP., | ) ) ) | |
| Defendant. | ) | |

ORDER ADOPTING MAGISTRATE'S REPORT, GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION AND DISMISSING CASE WITHOUT PREJUDICE

Ivan Rodriguez removed to this Court this breach of contract action filed against his former employer, Charles Schwab on April 10, 2012. On September 26, 2012, the Court referred defendant's motion to dismiss without prejudice or stay the matter pending arbitration to the Magistrate for a report and recommendation. DE [8]

On January 29, 2013, the Magistrate issued a report recommending that the Court grant defendant's motion to dismiss without prejudice plaintiff's complaint because all claims raised in the litigation were subject to arbitration and there were no other claims pending before the court. DE [26] To date, no objections have been filed to the Magistrate's report. Failure to timely file specific objections to the proposed findings and recommendations in the Magistrate Judge's report

constitutes a waiver of that objection. 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(2).

Accordingly, the Court adopts the Magistrate's report recommending that the parties submit to arbitration all of the issues in the instant case and dismisses the case without prejudice.

IT IS SO ORDERED on this 8th day of March, 2013.

*s/ John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE